JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUFER GROUP INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> vs. <br><br> ECLIPSE IP, LLC, <br><br> Defendant. | Case No.: 2:15-cv-01358-GW-AJW <br><br> Assigned to: Hon. George H. Wu <br><br> **ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

**IT IS SO ORDERED** THAT the Complaint of Plaintiff LAUFER GROUP INTERNATIONAL LTD., as to Defendant, ECLIPSE IP, LLC, is dismissed without prejudice.

Dated: April 17, 2015

_____
Honorable George H. Wu
District Court Judge